IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WELLS FARGO BANK,                )
National Association,            )
                                 )
     Plaintiff,                  )
                                 )   CIVIL ACTION NO.
     v.                          )      1:11cv46-MHT
                                 )          (WO)
WILLIAM T. MILLER, an            )
individual, and REBECCA          )
MILLER, an individual,           )
                                 )
     Defendants.                 )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of December, 2011.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE